An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

FELTON L. MATTHEWS, JR.,
Petitioner,
vs.
THE SEVENTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF WHITE
PINE; AND THE HONORABLE GARY
FAIRMAN, DISTRICT JUDGE,
Respondents,
  and
NEVADA DEPARTMENT OF
CORRECTIONS; I.G. ROEHM; A.G.
PALMER; ASST. DIRECTOR SHARON
L. FOSTER; AND WARDEN R. BAKER
OF ESP, STATE OF NEVADA,
Real Parties in Interest.

No. 65474

FILED

JUL 3 0 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

ORDER DENYING PETITION

This is a proper person petition for a writ of mandamus or, in the alternative, extraordinary relief. Petitioner complains that his constitutional rights were violated in connection to prison disciplinary proceedings and that the district court has failed to rule on claims raised in a petition for a writ of habeas corpus. Without deciding upon the merits of any claims raised in the documents submitted in this matter, we decline

SUPREME COURT
OF
NEVADA

(O) 1947A

14-24837

to exercise our original jurisdiction. *See* NRS 34.160; NRS 34.170. Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Gibbons

_____, J.
Pickering

_____, J.
Saitta

cc:    Hon. Gary Fairman, District Judge
       Felton L. Matthews, Jr.
       Attorney General/Carson City
       White Pine County Clerk